United States District Court
Southern District of Texas
**ENTERED**
October 18, 2021
Nathan Ochsner, Clerk

# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE:  Juan Manuel PEREZ

I, Task Force Officer Salvador Espinoza, declare and state as follows:

On October 17, 2021, United States Border Patrol Agent (BPA) Crystal Cardenas was working her assigned duties at United States Border Patrol (USBP) IH-35 Checkpoint. At approximately 6:50 p.m., a green Ford F-150 arrived at BPA Cardenas' inspection lane. Once the Ford F-150 arrived at BPA Cardenas lane, she asked the driver, later identified as Juan Manuel Perez, if  he was a United States citizen (USC). Perez answered "yes" and handed her his Texas Identification Card along with birth certificates belonging to the children on the rear seat. She then asked the front seat passenger, later identified as Noemi Alexa Carbente Salazar, if she was a USC, to which she stated "yes". She then asked Carbente Salazar for an identification card, to which she stated that she didn't have one. She asked Carbente Salazar why she didn't have any identification and the Perez answered for her by stating that she had lost it. She then proceeded to conduct her immigration inspection on the back seat passengers. She asked Carbente Salazar in English if the children in the back seat were hers. BPA Cardenas noticed that Carbente Salazar had a puzzled look on her face and subject Perez answered for her once again. At that point, BPA Cardenas asked Carbente Salazar in Spanish where she was born to which she stated Laredo. She then asked Carbente Salazar in Spanish which school she attended in Laredo to which she stated "Martin". BPA Cardenas then asked Carbente Salazar in Spanish what year she graduated, at which point Perez again answered for her by stating she didn't finish school. BPA Cardenas was not satisfied with her immigration inspection due to Perez continually answering for Carbente Salazar and referred the green Ford F-150 to secondary inspection.

While on Secondary inspection, BPA Christopher Flores escorted Carbente Salazar inside the Laredo North Checkpoint to conduct a biometric identification. Once Carbente Salazar record checks came back, it was determined that she didn't possess any legal immigration status to be present in the United States. Carbente Salazar was placed under arrest and BPA Flores advised the Agents at the secondary inspection area that it was an alien smuggling attempt. Perez was then placed under arrest and escorted inside the Laredo North Checkpoint along with the two children.

BPA Jose Perez and his service canine (Jackson) then conducted a 7-point inspection on [...] conducting the inspection, the service canine alerted to the [...]or the odors of narcotics at the rear of the vehicle. Upon [...]ated five large bundles of suspected marijuana concealed in [...] diaper box. The bundles were wrapped in a white tape along with liquid detergent.

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

October 18, 2021, 04:01 PM, at Laredo, Texas.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

At approximately 10:20 p.m., DEA Special Agents and Task Force Officers responded to the USBP checkpoint for further investigation. At approximately 10:55 p.m., Perez was read his Miranda Rights by DEA Agents. Perez waived his Miranda Rights and agreed to speak with agents without the presence of an attorney. During the interview, Perez stated he was aware that he was smuggling marijuana and he was taking it to San Antonio, TX. He stated he was going to sell it in San Antonio, Texas for $300 a pound.

USBP field tested the substance inside the bundles and learned that the substance tested positive for marijuana. The marijuana was found to weigh approximately 58.0 kilograms. Perez was formally arrested and later transported to the Webb County Jail.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the 18th day of October, 2021.

Salvador Espinoza
Task Force Officer
Drug Enforcement Administration

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 20_____.

_____
UNITED STATES MAGISTRATE JUDGE